IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CR 06 137 ML

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1) & (b)(1)(A) & |
| RAFAEL DIAZ | ) | (b)(1)(C) |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about October 13, 2006, in the District of Rhode Island, the Defendant, RAFAEL DIAZ, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(A).

COUNT 2

On or about October 13, 2006, in the District of Rhode Island, the Defendant, RAFAEL DIAZ, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule

II Controlled Substance, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(C).

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Mary E. Rogers
Assistant U.S. Attorney

Luis M. Matos
Assistant U.S. Attorney
Criminal Chief

Dated: 11/15/06