ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN - U.S. DISTRICT COURT

DEFENDANT RAFAEL DIAZ

Count 1: 21 USC §§ 841(a)(1) and (b)(1)(A) - Knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance.
PENALTIES: 10 years to life imprisonment; $4,000,000 fine; 5 years to life supervised release; $100 special assessment.

Count 2: 21 USC §§ 841(a)(1) and (b)(1)(C) - Knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.
PENALTIES: 20 years imprisonment; $1,000,000 fine; supervised release up to life; $100 mandatory special assessment.