# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR 06-137ML***

***To:*** ***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **RAFAEL DIAZ**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:30 o'clock a.m.**, on the **20th** day of **November, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby c[illegible]
I c[illegible] bring before [illegible]
[illegible] within named defendant [illegible]
[illegible] date and time ord[illegible]

Deputy U.[illegible]

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: November 16, 2006.

David A. DiMarzio, Clerk

Arraignment

*By* ______________________
*Martha Saucier - Deputy Clerk*