**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-137-ML** |
| | ) | |
| **RAFAEL DIAZ** | ) | |

---

**MOTION TO CONTINUE EMPANELMENT**

Now comes the accused, Rafael Diaz, by and through his counsel, and moves this Honorable Court to continue this matter for an additional thirty (30) days. This Motion is filed in conjunction with a Motion for Enlargement of Time. In addition, in both motions the accused moves this Court for the exclusion of a total period of 30 days under the Speedy Trial Act.

In support of this motion counsel states that he needs the additional time to review the case with Mr. Diaz; a mandatory minimum sentence applies in this case. Also, the parties need additional time to negotiate a possible plea agreement.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

Respectfully submitted
Rafael Diaz
By his attorney,

/s/ Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Kevin_Fitzgerald@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA, on the 23rd day of January, 2007.

/s/ Kevin J. Fitzgerald