One 2000 Jeep Cherokee, RI registration VY-729.

(ii) to waive all interest in any such assets in any administrative or judicial forfeiture proceeding, whether criminal or civil, federal or state. Defendant agrees to consent to the entry of orders of forfeiture for such property and waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment.

(iii) to take all steps as requested by the United States to pass clear title to forfeitable assets to the United States, and to testify truthfully in any judicial forfeiture proceeding. Defendant acknowledges that all property covered by this agreement is subject to forfeiture as proceeds of illegal conduct, property facilitating illegal conduct and property involved in illegal conduct giving rise to forfeiture.

2. Government's Obligations. In exchange for Defendant's plea of guilty:

a. The government will recommend that the Court impose a term of imprisonment at the lowest point of the guideline range for the offense level determined by the Court under the United States Sentencing Guidelines (the U.S.S.G. or "guidelines"), or the mandatory minimum, whichever is greater whichever term is greater, but not including probation or a "split-sentence," even if permitted under the guidelines. If however, Defendant advocates for a sentence below the guideline

range, the government will then be free to recommend any term of imprisonment within the applicable guideline range found by the Court.

b. The Defendant understands that he has two prior felony drug convictions, and that the government has agreed not to file a sentencing enhancement information pursuant to 21 U.S.C. § 851 in return for Defendant's agreement to plead guilty to the indictment ~~and not seek a sentence below the applicable guideline range~~. The Defendant further understands that if the government were to file the sentencing enhancement information, the Defendant would face a mandatory minimum sentence of life imprisonment and a fine of up to $8,000,000 dollars.

c. For purposes of determining the offense level, the government agrees to recommend a two-level reduction in the offense level for acceptance of responsibility under § 3E1.1(a) of the guidelines if Defendant continues to demonstrate acceptance of responsibility through sentencing.

d. As of the date of this agreement, Defendant has timely notified authorities of an intention to enter a plea of guilty. If the offense level is 16 or greater and Defendant enters a plea of guilty pursuant to this agreement, the government will move the sentencing Court for an additional decrease of one level, pursuant to U.S.S.G. § 3E1.1(b)(2), unless Defendant