# UNITED STATES DISTRICT COURT
*for the*
*District of Rhode Island*

***Case No. CR 06-137-01ML***

***To:*** ***Warden***
***ACI***
***Cranston, RI***

05823-070

YOU ARE HEREBY COMMANDED, to have the **body** of **RAFAEL DIAZ**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the **22nd** day of **February, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby c... and return that ...

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States Chief Judge at Providence, RI
Dated: February 2, 2007.

David A. DiMarzio, Clerk

Change of Plea Hearing

*By* Barbara Barletta
***Barbara Barletta - Deputy Clerk***