# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR 06-137ML***

*To:* ***Warden***
***ACI***
***Cranston, RI***

FEB ... 007
RHODE ...

YOU ARE HEREBY COMMANDED, to have the **body** of **Rafael Diaz**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **18th** day of **May, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby c... and return that
I ...
the within named ...
on the date and time ...

Deputy U.S. Marshal

Deputy U.S. Marshal

I hereby ... and return that
... court
... defendant,
... said time ordered.

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: February 22, 2007

Sentencing Hearing

David A. DiMarzio, Clerk

*By* ________________________
***John Duhamel - Deputy Clerk***